**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Cramer, | No. CV-25-04258-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

On December 3, 2025, this Court struck the first filing in this case finding it was not a "complaint" under Federal Rule of Civil Procedure 3. (Doc. 5). Because there was no qualifying complaint, this "case" should never have been opened; therefore, it was closed. (*Id.*).

On January 23, 2026, Plaintiff David Cramer[1] filed a motion to reopen this case under Federal Rule of Civil Procedure 60(b). (Doc. 6). This Court denied that motion at Doc. 9.

On February 11, 2026, Plaintiff filed another motion to reopen this case that appears to be identical to the one previously filed at Doc. 6. (Doc. 10).

For the reasons stated in the dismissal order (Doc. 5) and the order denying the motion to reopen (Doc. 9),

/ / /

---

[1] As noted in the Order at Doc. 5, originally this case was filed by a non-attorney claiming to be an "attorney in fact."

**IT IS ORDERED** that the second motion to reopen (Doc. 10) is denied.

Dated this 20th day of March, 2026.

James A. Teilborg
Senior United States District Judge